IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL CARSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-2661 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

**ORDER**

AND NOW, this 7th day of May, 2024, upon consideration of the Motion to Dismiss of Defendants former District Attorney ("DA") Lynne Abraham, former Assistant District Attorney ("ADA") Charles Grant, and former Assistant District Attorney David Desiderio (collectively, the "DA Defendants"), Plaintiff Samuel Carson's response in opposition thereto, and the DA Defendants' reply, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED in part and DENIED in part as follows:

1. The Motion is GRANTED as unopposed as to the § 1983 claim for failure to intervene.

2. The Motion is GRANTED without prejudice as to all remaining claims against DA Abraham and ADA Grant.

3. The Motion is DENIED without prejudice as to all remaining claims against ADA Desiderio.

It is FURTHER ORDERED DA Abraham and ADA Grant are DISMISSED from this matter without prejudice.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.