IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL CARSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-2661 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

**ORDER**

AND NOW, this 13th day of August, 2024, upon consideration of Defendants the City of Philadelphia, Philadelphia Police Homicide Detectives Mangoni, Collins, and Reinhold, and Philadelphia Police Officer Glenn Keenan's Motion to Dismiss, and Plaintiff Samuel Carson's Response in Opposition, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motion (Document No. 8) is GRANTED in part and DENIED in part as follows:

1. As to Count I, asserting denial of a fair trial and due process under the Fourteenth Amendment, and Count II, asserting civil rights conspiracy, the Motion to Dismiss is GRANTED as to Detectives Mangoni, Collins, and Reinhold without prejudice and DENIED as to Officer Keenan.

2. As to Count III, asserting malicious prosecution, the Motion to Dismiss is GRANTED with prejudice.

3. As to Count IV, asserting failure to intervene, the Motion to Dismiss is GRANTED with prejudice as unopposed.

4. As to Count V, asserting supervisory liability, the Motion to Dismiss is GRANTED without prejudice.

5. Finally, as to Counts VI and VII, asserting municipal liability, the Motion to Dismiss is DENIED.

1

The Clerk of Court is DIRECTED to terminate the following Defendants from this case: the Philadelphia District Attorney's Office, the Philadelphia Police Department, Philadelphia Police Homicide Detective Mangoni, Badge #642, Philadelphia Police Homicide Detective Collins, Badge # 9030, Philadelphia Police Homicide Detective R. Reinhold, Badge # 692, and John Does Officers and Supervisors 1-10.

It is FURTHER ORDERED Carson is DIRECTED to inform the Court in writing whether he wishes to stand on his Complaint or to file an amended complaint within seven (7) days of entry of this Order.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.