IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL CARSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-2661 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

**ORDER**

AND NOW, this 18th day of December, 2024, it is ORDERED the schedule in the above-captioned matter is as follows:

- Discovery deadline is May 9, 2025;

- Plaintiff's expert report is due May 23, 2025;

- Defendant's expert report is due June 6, 2025;[1]

- Dispositive motions are due June 20, 2025;

- Responses to dispositive motions are due July 9, 2025;

- A teleconference to discuss settlement shall take place on July 16, 2025, at 11:00 a.m.;

- Motions in limine are due July 23, 2025;

- Responses to motions in limine are due July 30, 2025;

- Plaintiff's pre-trial memorandum is due July 30, 2025;

- Defendant's pre-trial memorandum is due July 30, 2025;

- Joint requested points for charge, joint proposed verdict slip, and voir dire questions, as explained in the Honorable Juan R. Sánchez's on-line procedures, are due July 30, 2025;

- Final pre-trial conference shall be held on August 4, 2025, at 11:30 a.m. in Courtroom 14B;

---

[1] Expert reports to be exchanged before depositions.

- Joint exhibit binder is to be submitted to chambers no later than 4:30 p.m. the day prior to trial;

- This matter is in the August 11, 2025, trial pool.

- Parties are referred to Judge Sánchez's operating procedures for further information: http://www.paed.uscourts.gov/documents/procedures/sanpol.pdf.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.