IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL CARSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-2661 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

# ORDER

AND NOW, this 11th day of September, 2025, upon consideration of the Defendants' Motions for Summary Judgment (ECF Nos. 28 and 30), Plaintiff Samuel Carson's response in opposition, and oral arguments on the Motions—and for the reasons stated in the accompanying memorandum—it is **ORDERED** the Motions are **GRANTED**. Judgement is entered in favor of Defendants and against Carson on all claims.

The parties' Motions in Limine (ECF Nos. 36, 37, 38, 39) are **DENIED** as moot, and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.